# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-03671-SB (ASx) | Date | June 17, 2022 |
|---|---|---|---|
| Title | A.H. a minor, by and through his Guardian Ad Litem Tiffany Hayes, et. al., | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff | Attorneys Present for Defendant: |
| N/A | N/S |

**Proceedings:**   ORDER TO SHOW CAUSE re Petition for Appointment of Guardian Ad Litem for Minor Child   (Dkt. No. 6)

Plaintiffs are ordered to show cause in writing, no later than **July 1, 2022**, why Tiffany Hayes should be appointed as guardian ad litem for S.H., a minor child, in light of Tiffany Hayes's own interest in the litigation as a plaintiff on her own behalf and failure to submit a declaration stating that her appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses these deficiencies or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

IT IS SO ORDERED.

cc:   Stanley Blumenfeld, Jr.
      U.S. District Judge