# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A.H. et al, <br><br> v. <br><br> County of Los Angeles, | Plaintiff(s) <br><br><br> Defendant(s) | CASE NUMBER: <br><br> CV22-03671-SB (ASx) <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge  Alka Sagar

Date/Time  April 13, 2023 at 9:30 a.m.

Courtroom:  Call-in number and password will be e-mailed to the parties.

Dated:  April 10, 2023

By:  Alma Felix
Deputy Clerk