**JILL WILLIAMS – State Bar No. 221793**
**KIMBERLY MOROSI – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**jwilliams@crdlaw.com / kmorosi@crdlaw.com**

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through his Guardian ad Litem, Tiffany Hayes; S.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through her Guardian ad Litem, Tiffany Hayes; and TIFFANY HAYES, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-03671 WLH (ASx) <br><br> **UPDATED JOINT STATUS REPORT RE SETTLEMENT** |

COME NOW Plaintiffs Tiffany Hayes, A.H., and S.H., and Defendants County of Los Angeles, and Deputies Carlos De La Torre, Alex Valdivia and Janet Huoth and, pursuant to the Court's orders dated July 17, 2023 (Dkt. 88) and December 20, 2023 (Dkt. 91), hereby submit the following updated joint status report regarding settlement.

1.     On June 21, 2023, the parties participated in mediation with mediator Rick Copeland.  At the conclusion of the mediation, Mr. Copeland made a mediator's proposal, which all parties accepted.

2.     In light of the parties' acceptance of the mediator's proposal, the parties have reached a conditional settlement that resolves this case in its entirety. The proposed settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Contract Cities Claims Board and Board of Supervisors which is anticipated to take up to nine months.

3.     The matter is working its way through the County's approval process and is expected to be on the Contract Cities Claims Board agenda by March 2024. The matter should be on the Board of Supervisors' agenda within 30 days after approval by the Contract Cities Claims Board.

4.     If the conditional settlement is approved, the plaintiffs will be filing a petition for approval of the compromise of the claims of the minor plaintiffs. The plaintiffs anticipate filing the minors' compromise within 45 days of the settlement's approval by the Board of Supervisors.

5.     The parties will file a further joint status report regarding the settlement on March 15, 2024.

DATED:  December 26, 2023          LAW OFFICES OF DALE K. GALIPO

                                                       /s/ Renee V. Masongsong
                                          By:  _____
                                                       Dale K. Galipo
                                                       Renee V. Masongsong
                                                       Attorneys for Plaintiffs

///

///

///

1    DATED:  December 26, 2023          CARPENTER, ROTHANS & DUMONT

2                                                      /s/ Jill Williams

3                                            By: _____

4                                                  Jill Williams
                                                     Kimberly Morosi
5                                                  Attorneys for Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UPDATED JOINT STATUS REPORT RE SETTLEMENT