1  **JILL WILLIAMS – State Bar No. 221793**
   **KIMBERLY MOROSI – State Bar No. 345641**
2  **CARPENTER, ROTHANS & DUMONT, LLP**
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA  90071
   (213) 228-0400 / (213) 228-0401 [Fax]
4  jwilliams@crdlaw.com / kmorosi@crdlaw.com

5  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through his Guardian ad Litem, Tiffany Hayes; S.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through her Guardian ad Litem, Tiffany Hayes; and TIFFANY HAYES, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-03671 WLH (ASx)<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

COME NOW Plaintiffs Tiffany Hayes, A.H., and S.H., and Defendants County of Los Angeles, and Deputies Carlos De La Torre, Alex Valdivia and Janet Huoth and, pursuant to the Court's order dated July 8, 2024 (Dkt. 93), hereby submit the following joint status report regarding their mediation.

1.  On June 21, 2023, the parties participated in mediation with mediator Rick Copeland.  At the conclusion of the mediation, Mr. Copeland made a mediator's proposal, which the parties accepted.

-1-

JOINT STATUS REPORT RE SETTLEMENT

2. In light of the parties' acceptance of the mediator's proposal, the parties have reached a conditional settlement that resolves this case in its entirety. The proposed settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Contract Cities Liability Trust Fund and Board of Supervisors.

3. Due to a backlog, the settlement is still working its way through the County's approval process. It is expected that the matter will be on the Contract Cities Liability Trust Fund agenda within the next two months and will be placed on the Board of Supervisors' agenda for approval approximately 30 days later.

4. If the conditional settlement is approved, the plaintiffs will be filing a petition for approval of the compromise of the claims of the minor plaintiffs. The plaintiffs anticipate filing the minors' compromise within 45 days of the settlement's approval by the Board of Supervisors.

DATED:  July 11, 2024          LAW OFFICES OF DALE K. GALIPO

                               /s/ Renee V. Masongsong
                           By: _____
                               Dale K. Galipo
                               Renee V. Masongsong
                               Attorneys for Plaintiffs


DATED:  July 11, 2024          CARPENTER, ROTHANS & DUMONT LLP

                                /s/ Jill Williams
                           By: _____
                               Jill Williams
                               Kimberly Morosi
                               Attorneys for Defendants

JOINT STATUS REPORT RE SETTLEMENT