**JILL WILLIAMS** – State Bar No. 221793
**KIMBERLY SARMIENTO** – State Bar No. 345641
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through his Guardian ad Litem, Tiffany Hayes; S.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through her Guardian ad Litem, Tiffany Hayes; and TIFFANY HAYES, individually,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, and DOES 1 to 10, inclusive,<br><br>　　　Defendants. | Case No.: 2:22-CV-03671 WLH (ASx)<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

COME NOW Plaintiffs Tiffany Hayes, A.H., and S.H., and Defendants County of Los Angeles, and Deputies Carlos De La Torre, Alex Valdivia and Janet Huoth and, pursuant to the Court's order dated July 8, 2024 (Dkt. 93), hereby submit the following joint status report regarding their mediation.

　　1.　　On June 21, 2023, the parties participated in mediation with mediator Rick Copeland.  At the conclusion of the mediation, Mr. Copeland made a mediator's proposal, which the parties accepted.

2. In light of the parties' acceptance of the mediator's proposal, the parties have reached a conditional settlement that resolves this case in its entirety. The proposed settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Contract Cities Liability Trust Fund and Board of Supervisors.

3. The settlement has now been approved by the Contract Cities Liability Trust Fund. It is expected that the matter will be placed on the agenda for approval by the Board of Supervisors in or before November 2024.

4. If the Board of Supervisors approves the settlement, the plaintiffs will be filing a petition for approval of the compromise of the claims of the minor plaintiffs. The plaintiffs anticipate filing the minors' compromise within 45 days of the settlement's approval by the Board of Supervisors.

DATED: October 4, 2024          LAW OFFICES OF DALE K. GALIPO

                                /s/ Renee V. Masongsong
                            By: _____
                                Dale K. Galipo
                                Renee V. Masongsong
                                Attorneys for Plaintiffs


DATED: October 4, 2024          CARPENTER, ROTHANS & DUMONT LLP

                                /s/ Jill Williams
                            By: _____
                                Jill Williams
                                Kimberly Sarmiento
                                Attorneys for Defendants