**JILL WILLIAMS – State Bar No. 221793**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through his Guardian ad Litem, Tiffany Hayes; S.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through her Guardian ad Litem, Tiffany Hayes; and TIFFANY HAYES, individually, <br><br>  Plaintiffs, <br><br>  vs. <br><br> COUNTY OF LOS ANGELES, and DOES 1 to 10, inclusive, <br><br>  Defendants. | Case No.: 2:22-CV-03671 WLH (ASx) <br><br> **JOINT STATUS REPORT RE SETTLEMENT** |

COME NOW Plaintiffs Tiffany Hayes, A.H., and S.H., and Defendants County of Los Angeles, and Deputies Carlos De La Torre, Alex Valdivia and Janet Huoth and, pursuant to the Court's order dated October 8, 2024 (Dkt. 97), hereby submit the following joint status report regarding their mediation.

1. On June 21, 2023, the parties participated in mediation with mediator Rick Copeland. At the conclusion of the mediation, Mr. Copeland made a mediator's proposal, which the parties accepted.

-1-

JOINT STATUS REPORT RE SETTLEMENT

2. In light of the parties' acceptance of the mediator's proposal, the parties have reached a conditional settlement that resolves this case in its entirety. The proposed settlement was conditioned upon the approval by the relevant Los Angeles County boards, including the Contract Cities Liability Trust Fund and Board of Supervisors, as well as the Court's approval of the compromise of the claims of the minor plaintiffs.

3. The settlement was approved by the Contract Cities Liability Trust Fund and, on November 26, 2024, the Board of Supervisors.

4. The plaintiffs anticipate filing the petition to approve minors' compromise within approximately the next 30 days.

DATED: December 27, 2024        LAW OFFICES OF DALE K. GALIPO

                                /s/ Renee V. Masongsong
                        By: _____
                                Dale K. Galipo
                                Renee V. Masongsong
                                Attorneys for Plaintiffs


DATED: December 27, 2024        CARPENTER, ROTHANS & DUMONT LLP

                                /s/ Jill Williams
                        By: _____
                                Jill Williams
                                Kimberly Sarmiento
                                Attorneys for Defendants