**JILL WILLIAMS – State Bar No. 221793**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through his Guardian ad Litem, Tiffany Hayes; S.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through her Guardian ad Litem, Tiffany Hayes; and TIFFANY HAYES, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-03671 WLH (ASx)<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

     COME NOW Plaintiffs Tiffany Hayes, A.H., and S.H., and Defendants County of Los Angeles, and Deputies Carlos De La Torre, Alex Valdivia and Janet Huoth and, pursuant to the Court's order dated January 10, 2025 (Dkt. 99), hereby submit the following joint status report regarding their mediation.

     1.    On June 21, 2023, the parties participated in mediation with mediator Rick Copeland.  At the conclusion of the mediation, Mr. Copeland made a mediator's proposal, which the parties accepted.  The settlement was subsequently

approved by the relevant Los Angeles County boards, including the Contract Cities Liability Trust Fund and Board of Supervisors.

    2.    The plaintiffs filed a petition to approve the compromise of the minor plaintiff, which was approved by the Court on February 18, 2025 (Dkt. 101). Pursuant to the Court's order, settlement funds shall be delivered to plaintiffs within 45 days from the date of the order, i.e. on or before April 4, 2025.

    3.    Settlement funds have been requested, and the parties anticipate filing a stipulation to dismiss on or before April 4, 2025.

DATED: February 25, 2025    LAW OFFICES OF DALE K. GALIPO

By: /s/ Renee V. Masongsong
_____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs

DATED: February 25, 2025    CARPENTER, ROTHANS & DUMONT LLP

By: /s/ Jill Williams
_____
Jill Williams
Kimberly Sarmiento
Attorneys for Defendants

<u>Local Rule 5-4.3.4</u>

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.