JILL WILLIAMS – State Bar No. 221793
KIMBERLY SARMIENTO – State Bar No. 345641
CARPENTER, ROTHANS & DUMONT, LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through his Guardian ad Litem, Tiffany Hayes; S.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through her Guardian ad Litem, Tiffany Hayes; and TIFFANY HAYES, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-03671 WLH (ASx) <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

///

///

1 | IT IS SO STIPULATED.

2

3 | DATED: April 14, 2025         LAW OFFICES OF DALE K. GALIPO

4

5 | By: /s/ Renee Masongsong
     _____
6 | DALE K. GALIPO
    RENEE MASONGSONG
7 | Attorneys for Plaintiffs

8

9 | DATED: April 14, 2025         CARPENTER, ROTHANS & DUMONT

10 | By: /s/ Jill Williams
      _____
11 | JILL WILLIAMS
     KIMBERLY SARMIENTO
12 | Attorneys for Defendants

<u>Local Rule 5-4.3.4</u>

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

- 2 -
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE