# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through his Guardian ad Litem, Tiffany Hayes; S.H., a minor, individually and as successor in interest to decedent, Richard Hayes, by and through her Guardian ad Litem, Tiffany Hayes; and TIFFANY HAYES, individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.: 2:22-CV-03671 WLH (ASx)<br><br>**[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own fees and costs.

IT IS SO ORDERED.

DATED:

By: _____
Honorable Wesley L. Hsu
United States District Judge